|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

DALE ALLEN RUMSEY,           )   Case No. SACV 08-604-ODW(AJW)
                             )
        Petitioner,          )
                             )
    v.                       )   JUDGMENT
                             )
MICHAEL EVANS, Warden,       )
                             )
        Respondent.          )
_____)

   **It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: July 14, 2009

_____
Otis D. Wright II
United States District Judge